# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                              §    Case No. 13-40194
                                    §
SASHA V. PICADO                     §
                                    §
                                    §
                                    §
            Debtor(s)               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 10/02/2014, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/08/2014            By:  /s/ David P. Leibowitz
                                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-40194 |
| | § | |
| SASHA V. PICADO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                           $6,591.00
*and approved disbursements of*                                $1,429.81
*leaving a balance on hand of[1]:*                             $5,161.19

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:                         $0.00
Remaining balance:                                             $5,161.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,268.25 | $0.00 | $1,268.25 |
| David P. Leibowitz, Trustee Expenses | $3.76 | $0.00 | $3.76 |

Total to be paid for chapter 7 administrative expenses:        $1,272.01
Remaining balance:                                             $3,889.18

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:                                             $3,889.18

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,889.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $71,534.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Asset Acceptance LLC assignee FIFTH THIRD BANK | $5,983.53 | $0.00 | $325.31 |
| 2 | Sallie Mae | $41,216.53 | $0.00 | $2,240.84 |
| 3 | Sallie Mae Inc. on behalf of | $16,373.13 | $0.00 | $890.17 |
| 4 | Portfolio Recovery Associates, LLC/ Bank of America | $5,657.79 | $0.00 | $307.60 |
| 5 | Capital One, N.A. | $2,303.93 | $0.00 | $125.26 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $3,889.18 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Sasha V. Picado  
    Debtor

Case No. 13-40194-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: arodarte      Page 1 of 2      Date Rcvd: Sep 09, 2014  
                       Form ID: pdf006      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2014.

```
db              Sasha V. Picado,    675 Waterford Dr,    Hanover Park, IL   60133-2715
21101037       +Allied National/Collec,    440 Regency Parkway Dr,    Omaha, NE  68114-3742
21101039      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX  79998-2238
                 (address filed with court:  Bank of America,     PO Box 982235,    El Paso, TX  79998-2235)
21615622        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21101040        Chase,    PO Box 15298,    Wilmington, DE  19850-5298
21101041        Dept of Ed/Sallie Mae,    PO Box 9500,    Wilkes Barre, PA  18773-9500
21101044      ++FRANKLIN CREDIT MANAGEMENT CORP,    101 HUDSON STREET,    25TH FLOOR,    JERSEY CITY NJ 07302-3984
                 (address filed with court:  Franklin Credit Managment,     101 Hudson St Ste 2500,
                   Jersey City, NJ  07302-3915)
21101042        Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH  45227-1115
21101043        Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 E Paris Ave SE # RSCB3E,
                   Grand Rapids, MI  49546-6253
21101036       #Macey Bankruptcy Law,    233 S Wacker Dr Ste 5150 Willis Tower,    Chicago, IL  60606-6371
21573751      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,
                   successor to FIA CARD SERVICES, N.A.,    PO Box 41067,    Norfolk, VA 23541)
21101035        Picado Sasha V,    675 Waterford Dr,    Hanover Park, IL  60133-2715
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21101038        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 10 2014 01:46:08     Asset Acceptance LLC,
                  PO Box 1630,    Warren, MI  48090-1630
21350385       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 10 2014 01:46:08
                 Asset Acceptance LLC assignee  FIFTH THIRD BANK,    PO Box 2036,    Warren, MI 48090-2036
21101046       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 10 2014 01:45:26     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21101047        E-mail/PDF: pa_dc_claims@navient.com Sep 10 2014 01:48:39     Sallie Mae,    PO Box 9500,
                  Wilkes Barre, PA  18773-9500
21439496       +E-mail/PDF: pa_dc_claims@navient.com Sep 10 2014 01:49:29     Sallie Mae,    c/o Sallie Mae Inc,
                  220 Lasley Ave,    Wilkes Barre Pa 18706-1496
21101048        E-mail/PDF: pa_dc_claims@navient.com Sep 10 2014 01:48:39     Sallie Mae,
                 Attn: Claims Department,    PO Box 9500,    Wilkes Barre, PA  18773-9500
21439527        E-mail/PDF: pa_dc_ed@navient.com Sep 10 2014 01:50:16     Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
                                                                                             TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21101045       ##Freedman Anselmo Lindberg LLC,    1807 W Diehl Rd,    Naperville, IL  60563-1890
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: arodarte            Page 2 of 2            Date Rcvd: Sep 09, 2014
                              Form ID: pdf006           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2014 at the address(es) listed below:

        David P Leibowitz, ESQ    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Jason  Blust    on behalf of Debtor Sasha V. Picado jason.blust@clientfirstbankruptcy.com, courtnotices@clientfirstbankruptcy.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 3